# EXHIBIT 1

# Gonzo Whiskey Unauthorized Uses

| | Screen Capture Thumbnail | Post Date | Registration No. / Effective Date |
|---|---|---|---|
| 1. | | July 11, 2025 | VAU001520801 Nov 17, 2023 |
| 2. | | August 8, 2025 | VAU001532239 June 4, 2024 |
| 3. | | August 28, 2025 | VAU001520801 Nov 17, 2023 |

# Gonzo Whiskey Unauthorized Uses

| | Screen Capture Thumbnail | Post Date | Registration No. / Effective Date |
|---|---|---|---|
| 4. | | October 23, 2025 | VAU001543512 August 9, 2024 |
| 5. | | Nov 6, 2025 | VAU001543512 August 9, 2024 |
| 6. | | Nov 14, 2025 | VAU001543512 August 9, 2024 |